AO 91 Criminal Complaint - Revised 4/20

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Suhail Aponte | ) | Case No. |
| | ) | 3:25-MJ-40    (TOF) |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **November 2021 - January 2025** in the county of **Hartford** in the
_____ District of **Connecticut**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1349 | Conspiracy to commit health care fraud |
| Title 18, United States Code, Section 1347 | Health care fraud |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Melissa I. Gaud, which is expressly incorporated herein by reference.

☑ Continued on the attached sheet.

*Melissa Gaud*
Digitally signed by Melissa Gaud
Date: 2025.01.15 10:19:34 -05'00'

*Complainant's signature*

Melissa I. Gaud, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 1/15/25

*Thomas O. Farrish* Date: 2025.01.15 14:21:28 -05'00'
*Judge's signature*

City and state: Hartford, Connecticut       Hon. Thomas O. Farrish, U.S. Magistrate Judge
*Printed name and title*